IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSEPH BOND** and **NICOLE THOMPSON**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**LIGHTHOUSE INSURANCE GROUP, LLC**, a Florida limited liability company,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00677-PAB<br><br>CLASS ACTION<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR PRO HAC VICE ADMISSION OF PATRICK H. PELUSO**

Pursuant to Local Rule 83.5(h), the undersigned counsel, William McAllum Harrelson, II, hereby moves the Court to enter an Order granting leave to Patrick H. Peluso to appear *pro hac vice* on behalf of Plaintiffs Joseph Bond and Nicole Thomspon ("Plaintiffs") and the alleged class in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1.　　Patrick H. Peluso is admitted to the bar of the State of Colorado. He was admitted on November 3, 2014, bar registration number #47642. A certificate of good standing is attached to this motion as Exhibit A.

2.　　Mr. Peluso has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and he has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.　　Mr. Peluso represents that he has reviewed and is familiar with the Local Rules of this Court.

                                      Respectfully submitted,

Dated: April 13, 2020           By: /s/ William McAllum Harrelson, II
                                      One of Plaintiff's Attorneys

                                      William McAllum Harrelson, II
                                      HARRELSON & HARRELSON LLP
                                      9 West Water Street
                                      Troy, Ohio 45373
                                      Telephone: (937) 552-9400
                                      Facsimile: (937) 552-9361
                                      Email: Will@HarrelsonLLP.com

                                      Patrick H. Peluso*
                                      Woodrow & Peluso, LLC
                                      3900 E. Mexico Avenue, Suite 300
                                      Denver, CO 80210
                                      Phone: (720) 213-0676
                                      Fax: (303) 927-0809
                                      Email: ppeluso@woodrowpeluso.com

                                      *Seeking *pro hac vice* admission