# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSEPH BOND** and **NICOLE THOMPSON**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **LIGHTHOUSE INSURANCE GROUP, LLC**, a Florida limited liability company, <br><br> Defendant. | Case No. 1:20-cv-00677-PAB <br><br> CLASS ACTION <br><br> **JURY TRIAL DEMANDED** |

### MOTION FOR PRO HAC VICE ADMISSION OF STEPHEN A. KLEIN

Pursuant to Local Rule 83.5(h), the undersigned counsel, William McAllum Harrelson, II, hereby moves the Court to enter an Order granting leave to Stephen A. Klein to appear *pro hac vice* on behalf of Plaintiffs Joseph Bond and Nicole Thomspon ("Plaintiffs") and the alleged class in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1. Stephen A. Klein is admitted to the bar of the State of Colorado. He was admitted on November 5, 2018, bar registration number #52484. A certificate of good standing is attached to this motion as Exhibit A.

2. Mr. Klein has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and he has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. Mr. Klein represents that he has reviewed and is familiar with the Local Rules of this Court.

                                          Respectfully submitted,

Dated: April 13, 2020              By: /s/ William McAllum Harrelson, II
                                          One of Plaintiff's Attorneys

                                          William McAllum Harrelson, II
                                          HARRELSON & HARRELSON LLP
                                          9 West Water Street
                                          Troy, Ohio 45373
                                          Telephone: (937) 552-9400
                                          Facsimile: (937) 552-9361
                                          Email: Will@HarrelsonLLP.com

                                          Stephen A. Klein*
                                          Woodrow & Peluso, LLC
                                          3900 E. Mexico Avenue, Suite 300
                                          Denver, CO 80210
                                          Phone: (720) 907-4654
                                          Fax: (303) 927-0809
                                          Email: sklein@woodrowpeluso.com

                                          *Seeking *pro hac vice* admission