# EXHIBIT A



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**  Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Stephen A. Klein**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **5th** day of **November** A. D. **2018** and that at the date hereof the said **Stephen A. Klein** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **4th** day of **March** A. D. **2020**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk