UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, *et al.*, | ) | Case No. 1:20-cv-677 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge J. Philip Calabrese |
| v. | ) | |
| | ) | Magistrate Judge David A. Ruiz |
| LIGHTHOUSE INSURANCE GROUP, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED CALENDAR ORDER

Plaintiffs Joseph Bond and Nicole Thompson and Defendant Lighthouse Insurance Group, LLC stipulate to extend all deadlines. (ECF No. 18.) The parties request a two-month extension because they are still engaged in fact discovery, which they need additional time to complete. (*Id.*, PageID #72–73.)

Accordingly, the Court **GRANTS** the joint motion (ECF No. 18), **VACATES** the Case Management Conference Plan / Order (ECF No. 15) and the previously-scheduled July 21, 2021 status conference, and enters the following amended calendar in this matter:

| | |
|---|---|
| Expert Reports due: | May 26, 2021 |
| Responsive Expert Reports due: | June 28, 2021 |
| Expert Discovery cutoff | July 28, 2021 |
| All Non-Expert Discovery cutoff: | July 28, 2021 |
| Deadline for discovery regarding certification motions: | July 28, 2021 |
| Motion for Certification due: | August 18, 2021 |
| Response to Motion for Certification due: | September 20, 2021 |

| Reply to Motion for Certification due: | October 4, 2021 |
|---|---|

The Court also sets a telephone status conference for **Wednesday, July 14, 2021 at 2:00 pm**. Should counsel require the Court's involvement regarding any discovery issues or request the Court's assistance on any other matter, they should review the Court's Civil Standing Order and contact Chambers before filing any motion.

**SO ORDERED**.

Dated: March 25, 2021

*/s/ J. Philip Calabrese*

J. Philip Calabrese
United States District Judge
Northern District of Ohio