# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                   ~~~~~~~~~~~~~~~~~~~~~
 4
      JOSEPH BOND AND NICOLE THOMPSON, Individually
 5    and on Behalf of All Others Similarly Situated,
 6
                        Plaintiffs,
 7
 8        v.                  Case No. 1:20-cv-00677-PAB
 9
      LIGHTHOUSE INSURANCE GROUP, LLC, a Florida
10    Limited Liability Company,
11
                        Defendant.
12
13                   ~~~~~~~~~~~~~~~~~~~~~
14
15            Remote 30(b)(6) Deposition of
16    LIGHTHOUSE INSURANCE GROUP, LLC, by JASON FARRO
17
                       July 8, 2021
18                      11:02 a.m.
19
20
                     Witness Location:
21
            6100 Rockside Woods Boulevard North
22                       Suite 310
                    Independence, Ohio
23
24
25              Stephen J. DeBacco, RPR
```

Page 1

```
 1    APPEARANCES:
 2
 3         On behalf of the Plaintiffs, via Zoom:
 4              Peluso Law Firm, by
                PATRICK H. PELUSO, ESQ.
 5              3900 East Mexico Avenue, Suite 300
                Denver, Colorado 80210
 6              (970) 673-9075
                ppeluso@pelusolawfirm.com
 7
 8
           On behalf of the Defendant, via Zoom:
 9
                Brennan, Manna & Diamond, by
10              CHRISTOPHER B. CONGENI, ESQ.
                75 East Market Street
11              Akron, Ohio 44308
                (330) 253-5060
12              cbcongeni@bmdllc.com
13                    ~ ~ ~ ~ ~
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1   ordinary meaning of these terms, right?
 2                Random would be -- I don't know --
 3   it could pull a list of numbers that are 7, 17,
 4   97, 5,063, right?  That would be equipment that
 5   randomly generates numbers.  You following me?
 6        A.   Yes.
 7        Q.   Okay.  And then a sequential number
 8   generator would be equipment that just 1, 2, 3,
 9   4, 5, 6, 7, 8, generates numbers in sequential
10   order.  Does that make sense?
11        A.   Yes.
12        Q.   So what I'm wondering is whether
13   those processes are used by the dialer that
14   Lighthouse has, which I believe is a
15   Vicidial --
16        A.   Correct.
17        Q.   -- to store the telephone numbers.
18        A.   So when -- when a lead comes in, a
19   new lead comes into the system, that is going
20   to be the most recent lead that is stored.  So
21   it is -- the last one into the system is always
22   going to be the first one dialed, if you follow
23   me.
24        Q.   Okay.
25        A.   All right.  So if a lead came in
```

Page 27

1  page, should really just be "yes"?
2        A.   No.  Again, I -- from -- when I
3  read this, it talks about us dialing the leads
4  in a random or sequential way in which --
5  that's how I read this question.  Not the
6  storage of the leads, but of how we dialed the
7  leads.
8        Q.   Okay.  But if -- maybe if I had
9  worded the question or used a comma in here and
10 made it a little bit more clear that I was
11 asking about whether the dialing equipment has
12 the capacity to store telephone numbers using a
13 random number generator, would you agree that
14 that would be yes, because as we've
15 established, there's a lead ID number that's
16 randomly generated and assigned?
17       A.   That is correct.
18       Q.   Okay.  So that's a yes, right?
19       A.   Yes for the storage; no for dialing
20 of the numbers.
21       Q.   Okay.  So yes that a random number
22 generator is used to store the telephone
23 numbers?
24       A.   Yes.
25       Q.   Okay.

Page 37

```
 1         A.    A random lead ID is assigned to
 2   each lead that comes into the system.
 3         Q.    All right.  Understood.  Okay.
 4   Thank you for -- for going through that with
 5   me.
 6               Just give me one minute to see if
 7   there's any other questions I have on this
 8   particular document.
 9               Just real quick.  This will be a
10   quick one.  Can you scroll down to page 4 of
11   this document?
12         A.    Yes, I'm there.
13         Q.    Okay.  And then Request to Admit
14   No. 5, it says you placed the calls to
15   Plaintiffs.  Very simple response, isn't it?
16         A.    Yes.
17         Q.    I'm just wondering if Lighthouse
18   sort of internally places all of the calls that
19   would be related to this case, or are there
20   some cases where a third-party call center may
21   have been used?
22         A.    No.  We do not use any third party.
23         Q.    Okay.  Easy enough.  Okay.
24               The next one here says Request to
25   Admit No. 6, "You do not possess screenshots of
```

Page 38

```
 1    how any supposed Consent Language was presented
 2    to Plaintiffs."
 3              The response says, "Defendant
 4    objects to this Request as vague as to the
 5    extent that it seeks documents in the custody
 6    or control of Plaintiffs or third parties.
 7    Without waiving said objections, Defendant
 8    states that Plaintiffs did give written consent
 9    to be contacted by Defendant, and that
10    Defendant is in possession of and has produced
11    documentation of the consent language agreed to
12    by Plaintiffs."
13              We'll go through some of those
14    documents later -- later today, but I think
15    there -- I think what you're referring to there
16    are e-mails of folks at -- at your company
17    with -- people with these lead generators where
18    they sort of copy and pasted what they say the
19    consent language was, which doesn't quite
20    answer my question about whether there's
21    screenshots of what the website would have
22    looked like.
23              Do you know if Lighthouse has
24    screenshots or other documents that would
25    evidence how that consent language would have
```

Page 39

```
 1   appeared on a website if a person, you know,
 2   did go there and fill out their information?
 3         A.    We do not have that information.
 4         Q.    Okay.  Do you know if you guys
 5   asked for it and the lead generators just don't
 6   have it?
 7         A.    I don't know that question.  I
 8   don't know that -- what we asked for was the
 9   consent language, and this is what they
10   provided us, is --
11         Q.    Okay.
12         A.    -- what we shared.
13         Q.    Okay.  So you don't know if you've
14   asked for documents that would evidence, you
15   know, how that consent language would have been
16   presented, you know, sort of in context?
17               When you look at consent language,
18   to me, it's out of context.  You don't know how
19   it would have appeared on the website, what it
20   would have looked like.  You don't know if you
21   asked for screenshots or other documents that
22   would show that?
23         A.    I just know that we asked for the
24   consent language, and which they provided us
25   with that information, and which we shared with
```

Page 40

```
 1    you.
 2           Q.    Okay.  All right.  Okay.
 3                 All right.  Jumping down to the
 4    next one, Request to Admit No. 7, it says, "You
 5    called at least 40 other persons using the same
 6    equipment used to call Plaintiffs for the same
 7    purpose You called Plaintiffs where you
 8    obtained supposed prior express consent to call
 9    and/or text in the same manner as You claimed
10    you obtained prior express consent to call
11    Plaintiffs."
12                 And the response says, "Defendant
13    objects to this Request as vague to the extent
14    that it does not define the term 'same
15    purpose.'  Without waiving said objections,
16    Defendant states it has called at least 40
17    other persons with prior express consent using
18    the same equipment with which Defendant made
19    calls to Plaintiff."
20                 So I want to kind of break this
21    out.  And this is another one where there's
22    kind of, you know, three or four different
23    components to the question, which, you know, I
24    understand can be, you know, a little difficult
25    to respond to at times.
```

Page 41

1    So let's just start with this
2    objection that we didn't define "same purpose."
3    You know, I'm not trying to trip
4    you up here.  I'm really just using those words
5    as, you know, common usage, right?
6    Lighthouse called my clients to
7    sell them insurance products, right?
8        A.    Yes.
9        Q.    So the same purpose would just be
10   other persons called to solicit the sale of
11   insurance products.
12       A.    We do not just randomly call
13   individuals.  People consent to be called when
14   we purchase that lead, and we have agreements
15   with the lead vendors, and they request to be
16   contacted by an agent to sell insurance
17   products.
18       Q.    Right.  I understand that you're
19   not randomly dialing people, right?  We
20   established that earlier.  You're buying leads
21   and you're calling the leads.
22       But is it fair to say that every
23   time a Lighthouse employee or contractor,
24   call -- call personnel, you know, whoever is
25   sitting down and making these sales calls,

Page 42

1   every time they call one of the leads, they're
2   calling to sell insurance products, right?
3   They're not calling for any other purpose?
4           A.    That is correct.
5           Q.    Okay.  So then all the calls are
6   for the same purpose that my clients were
7   called.  They were called to -- because
8   Lighthouse wanted to sell them insurance
9   products.
10          A.    Yes, at their request.
11          Q.    Right.  Okay.  So we're on the same
12  page.  So that's -- you know, the term "same
13  purpose" was not defined, but it sounds like
14  we're on the same page, that the same purpose
15  was to solicit insurance products.
16                So then --
17                MR. CONGENI:  Object to the
18  commentary.
19          Q.    Do you disagree with what I said,
20  Jason?  I'm sorry.  I was just confirming that
21  we were on the same page.
22          A.    It's not "solicit."  Again, we are
23  asked by --
24          Q.    Okay.  Okay.
25          A.    -- the individuals that are

Page 43

```
 1   obtaining [sic] to get a quote to be contacted
 2   for insurance purposes.
 3        Q.   Okay.  So you've used the word
 4   "solicit" as more of a, you know, random
 5   knock-on-the-door sort of thing.  Okay.
 6        A.   Correct.
 7        Q.   Okay.  So I won't use that word,
 8   then.
 9             So -- well, which word would you
10   choose?  That they're calling to sell insurance
11   products?
12        A.   We are -- again, we're calling
13   people who have opted in to be contacted
14   because they have requested information about
15   insurance products.
16        Q.   Okay.  But when you call, you're --
17   you're perhaps providing information about the
18   insurance products, but you're also hoping to
19   sell the insurance product?
20        A.   That is correct.
21        Q.   Okay.  All right.  Okay.  So we're
22   on the same page on that part.
23             The next part of this response I
24   want to get clarity on is the portion where it
25   says, "Without waiving said objections,
```

1      A.     Correct.

2      Q.     Okay.  Does Lighthouse use lead

3  generators other than those two?

4      A.     Yes.

5      Q.     Okay.  So when I say, you know,

6  supposed prior express consent to call and/or

7  text in the same manner as you claim it was

8  obtained to call Plaintiffs, are you referring

9  to this consent that Lighthouse claims was

10 provided in the context of All Web Leads and

11 MediaAlpha?  You know, other -- other

12 generators that -- other lead generators that

13 Lighthouse may use, you know, would be

14 different than those two.

15           So has Defendant called at least 40

16 other persons whose lead came through All Web

17 Leads and MediaAlpha using the same equipment

18 with which Defendant made the calls to the

19 Plaintiffs?

20     A.     Again, we would buy a lead from All

21 Web or MediaAlpha with consent and dial those

22 leads to -- to inform them about the insurance

23 products that are available for -- for those

24 individuals.

25     Q.     Okay.  Let me try to ask this as

Page 46

```
 1   simply as I can.
 2              Did Lighthouse purchase more than
 3   40 leads from All Web Leads and MediaAlpha?
 4        A.    Yes.
 5        Q.    Do you know how many?
 6        A.    I do not know.
 7        Q.    Ballpark?  I mean, is it 100?
 8   1,000?  10,000?
 9        A.    Over what period of time?
10        Q.    So four years starting from the
11   date this Complaint was filed.  So we're
12   starting 2016, let's say.  2016 through the
13   present.
14        A.    Yeah, it would be thousands.
15        Q.    Okay.  Understood.  Okay.
16        A.    I don't know the exact number, but
17   it would be a lot.
18        Q.    Okay.  Understood.  More than 40,
19   very safe to say, it sounds like.
20              Okay.  And kind of along this same
21   topic, and kind of bleeds into Request to Admit
22   No. 8, but does Lighthouse have the ability to
23   identify those folks?  People whose leads were
24   purchased from All Web Leads and/or MediaAlpha
25   who were then called using the same dialer that
```

Page 47

```
 1   was used to call my clients?
 2        A.   We would be able -- if we had the
 3   number -- if you were to give us the number, we
 4   would be able to look that person up in our
 5   system to pull the records of when that person
 6   was dialed from our system.
 7        Q.   Do you have a way of isolating
 8   which persons were part of an All Web Leads
 9   lead purchase?
10        A.   We would have to go back to All Web
11   and request the leads that we purchased.
12        Q.   Okay.  And the same is true of
13   MediaAlpha?
14        A.   Correct.
15        Q.   Is there any -- and we talked about
16   the lead ID numbers before, which were assigned
17   to the individual telephone numbers, leads,
18   that are purchased.
19             Is there any similar number that
20   would be assigned to the lead generator where
21   maybe you'd have a unique number unique to All
22   Web Leads, and every lead in the system that
23   came from All Web Leads would have that number
24   associated with it?
25        A.   Yes.  There's a lead ID for the
```

```
 1    lead vendors.
 2          Q.    Okay.  So, you know, if you
 3    purchased a lead from All Web Leads for John
 4    Smith, and you went into the dialer and found
 5    John Smith, his lead would have All Web Leads'
 6    ID number attached to it?
 7          A.    If you gave us John Smith to go and
 8    look up in our system, yes, we would be able to
 9    see the lead vendor that it came from.
10          Q.    But there's no way to do that in
11    reverse, where you just are trying to find
12    every person John Smith and Sue Jones who came
13    from All Web Leads?
14          A.    It would be very time consuming to
15    pull a list.  I would -- it would be easier to
16    go back to the lead vendor to have them send us
17    the file.
18          Q.    That you purchased.  Okay.
19          A.    Correct.
20          Q.    Okay.  So I understand you could do
21    that.  You could go back and ask them.
22                If you had to do it internally -- I
23    don't know -- for whatever reason, All Web
24    Leads is just not answering your calls --
25          A.    Yes.
```

Page 49

1  Q.  -- I get that it would be time
2  consuming, but how would you do it?
3  A.  We would have to go into our system
4  and pull a lead list, which would be time
5  consuming.
6  Q.  What do you mean by pulling a lead
7  list?
8  A.  We would have to go -- the lead ID
9  for that vendor, we would have to pull.  We
10 could then see all of the leads that we
11 purchased from them, but it would not give us
12 any information on when we dialed or how we
13 dialed that lead.
14 Q.  Okay.  When you say "how we dialed
15 that lead," are there different ways of
16 dialing?
17 A.  Yes.
18 Q.  What are those?
19 A.  Using the predictive dialer, which
20 dials, and then our agents, if it is in that
21 pipeline, meaning they have talked to that
22 person in the past, they would pull that person
23 up in their system to call back.
24 Q.  Got it.  Okay.
25     So sort of the predictive dialer is

Page 50

1   used, you know, when you're trying to reach
2   someone for the first time, but --
3           A.      Correct.
4           Q.      -- then once there's, you know,
5   contact that's been made and your agents are
6   following up, that's more of a targeted
7   call-back?
8           A.      Correct.
9           Q.      Okay.  So you would be able to --
10  once you pulled up this list of leads
11  associated with the lead generator's ID number,
12  right, you're saying that wouldn't
13  automatically tell you when that person was
14  called, or so you'd have to go through and
15  figure out if it's, you know, within X number
16  of years, and then of those, how many of those
17  calls were made using the predictive dialer
18  versus --
19          A.      We would have to do that manually
20  to be able to see when that person was called
21  and how they were called.
22          Q.      Okay.  But if you would skip those
23  steps, would you be able to essentially just
24  download the list?  Understanding that some of
25  them may be from, you know, eight years ago and

Page 51

```
 1   some of them maybe weren't called using the
 2   predictive dialer, but would you just be able
 3   to get the master list?
 4         A.    No.  It would not be that easy.  We
 5   don't dial any number after 90 days or after
 6   the call count gets to a certain number.  So we
 7   do not store those lists for more than a
 8   certain period of time.
 9         Q.    Okay.  So, really, the -- so after
10   90 days -- let's say you buy a batch of leads
11   today from All Web Leads, 91 days from now that
12   lead, if it didn't go anywhere, is going to be
13   deleted --
14         A.    It's killed.
15         Q.    -- from the system?
16         A.    It's killed.
17         Q.    Which means removed from the
18   system?
19         A.    It may stay in the system for a
20   longer period of time.  It is never dialed
21   again.  However, the list, though we migrate
22   over to another database, it's killed.  It's
23   pulled out of the telephony.
24         Q.    Okay.  So do you have access to
25   that other database where the killed leads are
```

Page 52

```
 1   moved to?
 2        A.    I -- I would have to look into
 3   that.  I don't know.
 4        Q.    Okay.  The bottom line is that the
 5   easiest thing would be for you to just ask All
 6   Web Leads to give you the list that you
 7   purchased again?
 8        A.    Correct.
 9        Q.    Okay.  All right. Request No. 9
10   says, "Some of the calls You placed to one or
11   both Plaintiffs featured an artificial or
12   pre-recorded voice."
13              And the response is simply, "Deny."
14              Does Lighthouse use pre-recorded
15   voice technology at all?
16        A.    No.
17        Q.    Okay.  And I just want to make sure
18   we're on the same page --
19        A.    I guess, can you elaborate on that?
20        Q.    Right.  So I'm going to -- okay.
21   So --
22              MR. CONGENI:  Yeah.  I would just
23   lodge an objection to that, the last question.
24   But go ahead.  Sorry.
25        Q.    Okay.  So it's just a flat "deny,"
```

Page 53